01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07

08  UNITED STATES OF AMERICA,                )        CASE NO. 06-189M
                                             )
09          Plaintiff,                       )
                                             )
10          v.                               )
                                             )        DETENTION ORDER
11  ANDRES PALOMARES-LOMELI,                 )
                                             )
12          Defendant.                       )
    _____     )

13

14  Offense charged:

15          Illegal Reentry after Deportation

16  Date of Detention Hearing:    Initial Appearance April 19, 2006

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          (1)      Defendant, a native and citizen of Mexico who was previously arrested and

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01  deported from the United States, is charged by Complaint with reentering the United States

02  without permission.

03      (2)     Defendant was not interviewed by Pretrial Services. His criminal history includes

04  several prior deportation proceedings, illegal entry charges, battery, robbery, obstruction, use of

05  a weapon, property destruction, VUCSA, forgery, and use of false identification to commit/aid

06  a crime.   The defendant is associated with multiple alias forms of identification. No other

07  background information is available.

08      (3)     A BICE detainer has been filed.  Based on the detainer, the defendant does not

09  contest detention.

10      (4)     Defendant poses a risk of nonappearance due to prior failure to comply with court

11  orders, use of multiple aliases, unknown background information and the BICE detainer. He poses

12  a risk of danger due to his criminal history.

13      (5)     There does not appear to be any condition or combination of conditions that will

14  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15  to other persons or the community.

16  It is therefore ORDERED:

17      (1)     Defendant shall be detained pending trial and committed to the custody of the

18          Attorney General for confinement in a correction facility separate, to the extent

19          practicable, from persons awaiting or serving sentences or being held in custody

20          pending appeal;

21      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

22          counsel;

DETENTION ORDER                                                     15.13
18 U.S.C. § 3142(i)                                                 Rev. 1/91
PAGE 2

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  19th  day of  April , 2006.

Mary Alice Theiler
United States Magistrate Judge